UNITED STATES COURT OF INTERNATIONAL TRADE    FORM 1

| | |
|---|---|
| CHR. HANSEN, INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>Defendant. | **S U M M O N S**<br><br>Court No. 21-cv-00636 |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

**PROTEST**

| | |
|---|---|
| Port(s) of Entry: Chicago (Port Code 3901) | Center (if known): Pharmaceuticals, Health, and Chemicals |
| Protest Number: 390121123962 | Date Protest Filed: 04/07/2021 |
| Importer: 13-191891300 | Date Protest Denied: 07/01/2021 |
| Category of Merchandise: Probiotics | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 9PM26506628 | 07/05/2020 | 10/09/2020 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

J. Michael Taylor
King & Spalding LLP
1700 Pennsylvania Ave., NW, Ste. 200
Washington, DC 20006
(202) 626-2385
jmtaylor@kslaw.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Probiotic powder | 2106.90.9897 | 6.4 | 3002.90.1000 | Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The tariff classification and rate and amount of duties chargeable on the imported merchandise.

The issue which was common to all such denied protests:

The tariff classification and the rate and amount of duties chargeable on the imported merchandise.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ J. Michael Taylor
_____
*Signature of Plaintiff's Attorney*

December 23, 2021
_____
*Date*

## SCHEDULE OF PROTESTS

Pharmaceuticals, Health, and Chemicals
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 390121123962 | 4/7/2021 | 7/1/2021 | 9PM26506628 (Entry Line No. 1) | 7/5/2020 | 10/9/2020 | 3901 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)