## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CHR. HANSEN, INC.,<br><br>                            Plaintiff,<br><br>          v.<br><br>UNITED STATES OF AMERICA,<br><br>                          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Court No. 21-cv-00636 |

### NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action listed on the attached schedule.

Dated:  December 12, 2023

/s/ Patrick J. Togni
J. Michael Taylor
Patrick J. Togni
Christopher Hyner

**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006
(202) 626-2385
jmtaylor@kslaw.com
ptogni@kslaw.com
chyner@kslaw.com

*Counsel for Plaintiff*

-2-

Schedule to Notice of Dismissal

| Court Number | Plaintiff's Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| Court No. 21-cv-00636 | Chr. Hansen, Inc. | 390121123962 | 9PM26506628 |

Order of Dismissal

The action listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: December 12, 2023

Clerk, U.S. Court of International Trade

By: _____/s/ Jason Chien_____
Deputy Clerk